**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*ROBERT FRAZER*
United States Attorney

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2761*
*fax: (973) 297-2010*

November 5, 2026

**Via ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Jimenez Cordero v. Soto*, Civ. No. 26-14203 (CCC)**
**Response to ECF No. 2**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that on October 23, 2026, U.S. Immigration and Customs Enforcement ("ICE") issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings. *See* Ex. A. We respectfully write, pursuant to the Court's October 30, 2026 Order, ECF No. 2, to confirm that Petitioner received a bond hearing on November 3, 2026. At that hearing, an Immigration Judge granted Petitioner's request for release under bond of $15,000. *See* Ex. B.

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a) and will be released upon posting bond. We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/6/2026